(Reap. Dec. 9614)

GALLAGHER AND ASCHER CO. v. UNITED STATES

Entry No. 4765.

(Decided March 1, 1960)

*Henehan & McInerney for the plaintiff.*

*George Cochran Doub,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-enumerated appeal for reappraisement upon stipulation on the basis of which I find foreign value, as defined in section 402(c), Tariff Act of 1930, as amended, is the proper basis for the determination of the value of the merchandise involved, and that such value is the unit invoiced prices in French francs per 1,000 square feet, less 15.35 per centum tax, net, packed.

Judgment will issue accordingly.